UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
DEBORAH WENNING and ANDREAS CORREA,

                       Plaintiffs,

  -against-

ON-SITE MANAGER, INC.,

                       Defendant.
------------------------------------------------------------X

Case No. 14-CV-9693 (PAE) (SN)

**NOTICE OF TAXATION OF COSTS**

     **PLEASE TAKE NOTICE** that upon the annexed Bill of Costs, the Declaration of Brett A. Scher, dated July 22, 2016, and the exhibits attached thereto, Defendant On-Site Manager, Inc. ("On-Site") respectfully requests that the Clerk of the Court tax costs as against Plaintiffs pursuant to Fed. R. Civ. P. 54(d)(1) and Local Civil Rule 54.1.

Dated:   Woodbury, New York
           July 22, 2016

                                       **KAUFMAN DOLOWICH & VOLUCK, LLP**

                           By: _____
                                  Brett A. Scher, Esq.
                                  Adam M. Marshall, Esq.
                                  *Attorneys for Defendant*
                                  135 Crossway Park Drive, Suite 201
                                  Woodbury, New York 11797
                                  (516) 681-1100
                                  bscher@kdvlaw.com
                                  amarshall@kdvlaw.com

To:    James B. Fishman, Esq.
        Fishman Rozen LLP
        *Attorneys for Plaintiffs*
        305 Broadway, Suite 900
        New York, New York 10007
        (212) 879-5840